**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13–cv–03282–RM–KMT

RICHARD COOK, an individual,
MARY D. COOK, an individual,
RICHARD M. HUGHES, an individual,
JAMES K. LUST, an individual, and
JAMES W. STEWART, LLC, a Washington limited liability company,

      Plaintiffs,

v.

PENSA, INC., a Colorado corporation,
LOUIS W. PENDLETON, an individual, and
EDMUND A. PENDLETON, an individual,

      Defendants.

---

## ORDER ADMINISTRATIVELY CLOSING CASE

---

      This matter comes before the Court *sua sponte*.  Defendant filed an Unopposed Motion to Compel Arbitration on February 2, 2014 (ECF No. 15).  On August 1, 2014 U.S. Magistrate Judge Kathleen M. Tafoya entered an Order granting the Motion to Compel Arbitration (ECF No. 36).  As a consequence, this case was STAYED pending the completion of the arbitration proceedings.  The Court now having considered the effect of the Stay on these proceedings, and being otherwise fully advised, ORDERS as follows:

      Pursuant to local rule D.C.COLO.LCivR 41.2 the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED.  The Parties may seek leave to reopen this

case, for good cause shown, at the conclusion of the Arbitration.

Dated this 22nd day of December, 2014.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge